LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br><br><br><br><br>JOSEPH J.F. REYES,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **06-00030**<br><br>**INDICTMENT**<br><br>**POSSESSION OF A FIREARM BY A FELON**<br>[18 U.S.C. §§922(g)(1) & 924(a)(2)]<br><br>**POSSESSION OF AMMUNITION BY A FELON**<br>[18 U.S.C. §§922(g)(1) & 924(a)(2)] |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about July 2, 2006, in the District of Guam and elsewhere, JOSEPH J.F. REYES, the defendant herein, having been convicted of a felony offense; to wit, five counts of Forgery (As a Third Degree Felony) and five counts of Criminal Mischief (As a Third Degree Felony), on August 4, 1996, under the Superior Court of Guam, Case No. CF386-96 and CF206-96; possessed in and affecting commerce, a firearm, to wit: a Glock .45 caliber handgun, serial number obliterated, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**COUNT II - POSSESSION OF AMMUNITION BY A FELON**

On or about July 2, 2006, in the District of Guam and elsewhere, JOSEPH J.F. REYES, the defendant herein, having been convicted of a felony offense; to wit, five counts of Forgery (As a Third Degree Felony) and five counts of Criminal Mischief (As a Third Degree Felony), on August 4, 1996, under the Superior Court of Guam, Case No. CF386-96 and CF206-96; possessed in and affecting commerce, ammunition, to wit: eight unexpended bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

DATED this \_\_ day of August, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney