# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____   Docket Number: 06-00030

Same Defendant: _____   New Defendant: XXX

Search Warrant Case Number: _____

R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: JOSEPH J.F. REYES

Allisas Name: _____

Address: _____

Mangilao, Guam

Birthdate: 1976   SS#: 2438   Sex: M   Race: ___   Nationality: ___

**U.S. Attorney Information:**

AUSA Rosetta L. San Nicolas

Interpreter: _XX_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2    ___ Petty  ___ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of a Firearm By a Felon | 1 |
| Set 2 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of Ammunition By a Felon | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 8/16/06   Signature of AUSA: [signature]

**RECEIVED AUG 16 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

ORIGINAL