AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JOSEPH J.F. REYES

**WARRANT FOR ARREST**

Case Number: CR-06-00030

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSEPH J.F. REYES
                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

COUNT I - POSSESSION OF A FIREARM BY A FELON
COUNT II - POSSESSION OF AMMUNITION BY A FELON

**FILED**
DISTRICT COURT OF GUAM
AUG 21 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title   18   United States Code, Section(s)   922(g)(1) and 924(a)(2)

| MELISSA L. TRAUNER | *Melissa L. Trauner* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 8/16/2006    HAGATNA, GUAM |
| Title of Issuing Officer | Date       Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   DOC Hagatna, Guam   S.C.

| DATE RECEIVED 8/21/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/21/2006 | CHARLES SEDBERRY ATF SA | *(signature)* |

ORIGINAL

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  JOSEPH J.F. REYES

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: