# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00030　　　　　　　　　　DATE: August 24, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:36:15 - 10:43:31
CSO: J. McDonald

**APPEARANCES:**

Defendant: Joseph J.F. Reyes　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　☒ Present ☐ Retained ☒ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent: Hoang Nguyen, A.T.F.
U.S. Probation: Robert Carreon　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Indictment and Arraignment**
- Court stated that the U.S. Marshals Service deputies advised him of the issue regarding the execution of the warrant.
- Defense requested for a Summons to be issued.
- Government requested for a Warrant. In addition, Agent Nguyen advised the Court of the status of the case and location of the defendant.
- Court Ordered a Bench Warrant be issued.
- Court appointed the Federal Public Defender to represent the defendant.

NOTES: