▲AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JOSEPH J.F. REYES

**WARRANT FOR ARREST**

Case Number: CR-06-00030

**FILED**
DISTRICT COURT OF GUAM
AUG 28 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ JOSEPH J.F. REYES _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

COUNT I - POSSESSION OF A FIREARM BY A FELON

COUNT II - POSSESSION OF AMMUNITION BY A FELON

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

__LEILANI R. TOVES HERNANDEZ__
Name of Issuing Officer

__Deputy Clerk__
Title of Issuing Officer

Signature of Issuing Officer

__August 24, 2006; Hagatna, Guam__
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Chalan Pago, Guam

| DATE RECEIVED 8/24/06 | NAME AND TITLE OF ARRESTING OFFICER John H. Curry  CJDUSM USMS | SIGNATURE OF ARRESTING OFFICER  CJDUSM USMS D/Guam |
| DATE OF ARREST 8/28/06 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: **JOSEPH J.F. REYES** _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____