# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00030                 DATE: August 28, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 4:23:41 - 4:26:58 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Joseph J.F. Reyes | Attorney: Joaquin C. Arriola on behalf of the Federal Public Defender |
|   Present    Custody    Bond    P.R. |   Present    Retained    FPD    CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Charles Sedbury, ATF |
| U.S. Probation: Carleen Borja | U.S. Marshal: G. Perez / J. Curry |
| Interpreter: | Language: |

**PROCEEDINGS:** Initial Appearance

- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: Mr. Arriola stated that he was not prepared for arraignment. The Court set arraignment for August 29, 2006 at 9:45 a.m.

    Mr. Arriola had no objection to the recommendation of detention by pretrial. The Court adopted pretrial's recommendation of detention.