IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

CASE NO.: CR-06-00030  DATE: August 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:58:08 - 10:02:40
CSO: J. Lizama / J. McDonad

**APPEARANCES:**

Defendant: Joseph J.F. Reyes  Attorney: Richard Arens
    Present   Custody   Bond   P.R.      Present   Retained   FPD   CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Charles Sedbury, ATF
U.S. Probation: Grace Flores  U.S. Marshal: C. Marquez / G. Perez
Interpreter:  Language:

**PROCEEDINGS: Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty to all charges in the indictment.
- Trial set for: October 23, 2006 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: