ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP - 6 2006
MARY L.M. MORAN
CLERK OF COURT

josephreyesexpert

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO USE EXPERT TESTIMONY** |
| JOSEPH J.F. REYES, | |
| Defendant. | |

Comes now the United States, through Assistant U.S. Attorney Rosetta L. San Nicolas and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call ATF Special Agent Kraig Hankins, as an expert at trial. SA Kraig Hankins will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on the firearm and ammunition recovered from the defendant on July 2, 2006. His conclusions and opinions were formulated as a result of the July 25, 2006 examination of the firearm and ammunition. In addition, Special Agent Kraig Hankins will testify concerning the purpose

of weapons examination, the methods and reasons for such, as well as explaining terminology and findings contained within the reports themselves.

Respectfully submitted this 6 day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

/s/ Rosetta L. San Nicolas

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2