**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-06-00030　　　　　　　　　DATE: September 29, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 10:22:04 - 10:38:49
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Joseph J. F. Reyes　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: V. Roman / G. Perez
Interpreter:　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Pen and ink changes made to the plea agreement. Defendant acknowledged and agreed to the changes.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty Count I.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 17, 2007 at 9:00 A.M.
- Presentence Report due to the parties: November 24, 2006
- Presentence Report due to the Court: December 22, 2006
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: