
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH J. F. REYES, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00030 <br><br> ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging him with being a Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on January 17, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 19 day of October 2006.

_____
LARRY A. BURNS*
United States District Judge

---

* The Honorable Larry A. Burns, United States District Judge for the Southern District of California, sitting by designation.