JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH J. F. REYES



**FILED**
DISTRICT COURT OF GUAM
JAN 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00030 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| JOSEPH J. F. REYES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing hearing currently scheduled for January 17, 2007, be continued for three months,

//

//

//

ORIGINAL

at a date and time convenient to the Court.

    IT IS SO STIPULATED:

    DATED: Mongmong, Guam, January 12, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
JOSEPH J. F. REYES

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2