JOHN T. GORMAN  
Federal Public Defender  
District of Guam

RICHARD P. ARENS  
Assistant Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120

Attorney for Defendant  
JOSEPH J. F. REYES

**FILED**  
DISTRICT COURT OF GUAM

JAN 16 2007 

MARY L.M. MORAN  
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00030 |
| Plaintiff, | ) | ORDER re |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | SENTENCING |
| JOSEPH J. F. REYES, | ) | |
| Defendant. | ) | |

The stipulation filed on January 12, 2007, is hereby HEREBY APPROVED.

Sentencing hearing is set for April 24, 2007 at 9:30 a.m.

DATED: Hagatna, Guam, 1/16/07.

Honorable Frances Tydingco-Gatewood  
Chief Judge  
District of Guam

**ORIGINAL**