LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | **SENTENCING MEMORANDUM** |
| JOSEPH J.F. REYES, ) | |
| Defendant. ) | |

Comes now Rosetta L. San Nicolas, Assistant U.S. Attorney and respectfully submits this Sentencing Memorandum.

On July 2, 2006, Victor Quichocho (Driver) and Edward Encina (Passenger) were driving by the Chalan Pago Church. They were overtaken by a dark blue Honda Civic driven by the defendant. Victor Quichocho noted that the car was swerving from side to side. The passenger, Edward Encina rolled down his window and asked the driver of the blue Honda if he was all right. Both cars continued driving. As the cars drove by the Father Duenas Memorial High School, the defendant Joseph J.F. Reyes held a black gun and pointed it in Mr. Quichocho's direction. Quichocho and Encina obtained the license plate number and description of the defendant and contacted police. The time of day was approximately 5:00 p.m.

Police located the defendant at the Sugo Naya game room. Linda Cruz (witness) reported that the defendant drove to the game room and quickly exited his car.

Through the vehicle description, Police located the defendant. As the defendant was

reaching for his identification, he dropped a straw containing methamphetamine from his pocket. After dropping the methamphetamine straw, the defendant stated "Hey, that's mine!"

Defendant then admitted that he was "racing" with another car, pulled out a gun from a CD case and showed it to the male driver. Defendant stated that he entered the game room and panicked. He flushed methamphetamine down the toilet and gave his car keys and $100.00 to an attendant instructing him to move the car. The attendant merely placed the keys in the trash.

A search of the vehicle revealed a Case Logic CD case with a Glock .45 caliber pistol and two magazines containing 8 unexpended bullets. The serial numbers on the firearm were obliterated.

Defendant has prior felony convictions in two cases, CF386-96 and CF206-96.

Attempts were made to contact the victims Victor Quichocho and Edward Encina for Sentencing. The two victims are still employed with Phillip & Sons Trucking Company, however are presently working in California. Edward Encina, Owner, Phillips and Son (916) 317-4000 stated that he would complete an Impact Statement which will be conveyed to the District Court through his girlfriend Vanessa Naputi. To date, none has been provided.

The burden of proof for sentencing is the preponderance of the evidence standard. United States v. Bonilla-Montenegro, 331 F.3d 1047 (9th Cir. 2003). The Special Agent who will be present at Sentencing is Charles Sedberry, Special Agent, ATF.

Respectfully submitted this 23rd day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2