# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00030-001                          DATE: April 24, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:03:45 - 10:48:04
                                                                        10:55:37 - 11:10:25

CSO: B. Pereda / P. Taijeron

---

**APPEARANCES:**

Defendant: Joseph J.F. Reyes                 Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Charles Sedberry, A.T.F.
U.S. Probation: Carleen Borja               U.S. Marshal: V. Roman / T. Muna / R. Okada
Interpreter:                                Language:

---

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>57 months. While in prison, defendant shall participate in the 500 Hour Intensive Drug Treatment Program and vocational programs as approved by the Bureau of Prisons.</u>
- Court recommendation for incarceration at a Bureau of Prisons facility in <u>California.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral motion to dismiss Count II was granted.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: